| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 7:98-CR-4-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR. MISC. NO. 947 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT Middle District of Georgia | DIVISION Valdosta |
|---|---|---|
| **Jeffery Alen Bell** 4206 Strathmore Dr Montgomery, AL 36104 | NAME OF SENTENCING JUDGE Honorable Hugh Lawson | |
| | DATES OF SUPERVISED RELEASE: | FROM 04/11/2005 · TO 04/10/2010 |

OFFENSE

**Possession With Intent to Distribute Cocaine Base**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF GEORGIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 7/21/05 | |
|---|---|
| Date | Hugh Lawson U.S. District Judge |

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF ALABAMA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 28 SEPT 2005 | |
|---|---|
| Effective Date | Honorable U. S. District Judge |